UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMED SALAD MOHAMED,<br><br>      Plaintiff,<br>  v.<br><br>MARC D. DILLARD et al.,<br><br>      Defendants. | CASE NO. 2:24-cv-01364-LK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |

  This matter comes before the Court on pro se Plaintiff Mohamed Salad Mohamed's motion to voluntarily dismiss his complaint. Dkt. No. 10. No Defendant has yet appeared. For the reasons outlined below, the Court grants the motion and dismisses this case without prejudice.

  A plaintiff may dismiss his case by filing a notice of dismissal any time "before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i). Again, Defendants have not yet appeared, much less filed an answer or moved for summary judgment. Mr. Mohamed is therefore entitled to dismiss this action, even without a court

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS - 1

1  order. *See* Fed. R. Civ. P. 41(a)(1)(A). The Court therefore dismisses this matter without prejudice,

2  discharges its earlier Order to Show Cause, Dkt. No. 9, and directs the Clerk to close the case.

3      Dated this 27th day of June, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS - 2